IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WENDELL TAYLOR                                                              PLAINTIFF

v.                           No. 6:15-CV-06079

NATIONAL PARK COLLEGE                                                       DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 28th day of June, 2017.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE